UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| OTIS HALL | CIVIL ACTION NO. 19-1585 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| KENNETH BAKER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation [Doc. No. 10] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Otis Hall's false-arrest claim and excessive-force claim against Trooper Kenneth Baker are **STAYED** under the following conditions:

   a. If Plaintiff intends to proceed with these claims, he must, within thirty (30) days of the date the criminal proceedings against him conclude, file a motion to lift the stay;

   b. If the stay is lifted and the Court finds that Plaintiff's claims would impugn the validity of his conviction, the action will be dismissed under *Heck*; if no such finding is made, the action will proceed absent some other bar to suit;

   c. Plaintiff should not file any more documents concerning these particular claims in this action until the state court proceedings conclude; and

   d. Defendant shall not be required to answer these particular claims during the stay, and Plaintiff may not seek a default judgment or conduct any discovery during the stay.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against " The Office of the State Troopers" are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 18th day of February, 2020.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE